IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| KIMBERLY FAY LEMONS, | ) | |
| | ) | Case No.: **3:12-cv-1119** |
| Plaintiff, | ) | |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| METAL SALES MANUFACTURING | ) | (Removed from the Circuit Court for |
| CORPORATION, | ) | Davidson County, Tennessee |
| | ) | Case No.: 12C3980) |
| Defendant | ) | |

## ORDER

The parties to this action have filed a Stipulation of Settlement and Dismissal with Prejudice, stating they have resolved their dispute and stipulating to dismiss Plaintiff's claims with prejudice. (Doc. No. 18.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**. The Court DIRECTS the Clerk of the Court to close the case.

It is so ORDERED.

Entered this the  20th  day of February, 2014.

_____
ALETA A. TRAUGER
U.S. District Judge

61114248.2